UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN OWEN, as Personal
Representative of the Estate of
ZACHARY MURPHY, deceased,

Plaintiff,

vs

Case No 14-13923
Hon Terrence G Berg

TOWNSHIP OF REDFORD,
CHIEF ERIC PAHL,
SERGEANT BRADLEY PHILLIP KENNEDY,
OFFICER KENNETH BOETH,
OFFICER KRAMER,
OFFICER SCOTT GARRETT IVEY,
OFFICER KEVIN BUKHEISER and
SERGEANT KEVIN CRITTENDEN,
jointly and severally,

Defendants.

| | |
|---|---|
| SCOTT D KAPPLER  P41750<br>Attorney for Kathleen Owen,<br>Wrongful Death Claimant, individually<br>199 N Main Street, Suite 119<br>Plymouth, Michigan 48170<br>(734) 335-7065 | ROBERT D MOURADIAN  P27868<br>Attorney for Wrongful Death Claimants<br>Ian Murphy and Daniel Murphy<br>33300 Five Mile Road, Suite 110<br>Livonia, Michigan  48154<br>(248) 737-3730 |

**STIPULATED ORDER
FOLLOWING PLAINTIFF KATHLEEN OWEN'S
MOTION TO APPROVE DISTRIBUTION OF WRONGFUL DEATH
SETTLEMENT PROCEEDS**

Kathleen Owen, Ian Murphy and Daniel Murphy (collectively "Wrongful Death Claimants"), through their respective counsel of record, having stipulated to the entry of this order, and this court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the allocation of the remaining 15% of the net

wrongful death proceeds, pursuant to this court's June 22, 2016 order, shall be distributed as follows:

- Fifty percent (50%) to Kathleen Owen and her attorney Scott D Kappler;

- Twenty-five percent (25%) to Ian Murphy and his attorney; and,

- Twenty-five percent (25%) to Daniel Murphy and his attorney.

To the extent that any additional sums from the Wrongful Death settlement proceeds become available for distribution, including but not limited to funds from resolution of outstanding attorney's fee issues, the Wrongful Death Claimants agree to distribution in the percentages set forth above.

The Personal Representative of the estate and her attorneys of record in this case and the underlying state probate estate case are ordered to immediately forward each of the claimant parties, being Kathleen Owen, in her individual capacity (50%), Daniel Murphy (25%) and Ian Murphy (25%) payment of the remaining 15% of the net settlement proceeds available for distribution from the wrongful death settlement. Said payment shall be made payable to each claimant and their respective attorneys being Scott Kappler for Kathleen Owen, and Robert D. Mouradian for Dan Murphy and Ian Murphy and said payment shall be forwarded to each claimant's respective attorney.

**IT IS FURTHER ORDERED** that this Order resolves all issues addressed in Plaintiff's Motion for Distribution (Dkt. 36.).

**IT IS FURTHER ORDERED** that this Order does not resolve all pending issues and does not close the case (see Dkt. 26., allocation of attorney's fees and determination of lien).

TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2016

**Approved as to Form:**

  /s/   Scott D Kappler  
SCOTT D KAPPLER  P41750  
Attorney for Kathleen Owen,  
Wrongful Death Claimant, individually

  /s/   Robert D Mouradian  
ROBERT D MOURADIAN  P27868  
Attorney for Wrongful Death Claimants  
Ian Murphy and Daniel Murphy